FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)      Case Number **13−35646−gmh**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Wisconsin

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/4/13.

**This notice contains important information for the debtor(s) and creditors.** All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: No employee of the United States Bankruptcy Court may give legal advice. You may want to consult an attorney to protect your rights.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

**See Reverse Side For Additional Information.**

Name(s) used by the debtor(s) in the last 8 years (including married, maiden, trade) and address:
Olga Chigrinets
2129 W. Woodside Lane
Mequon, WI 53092

| Case Number:<br>13−35646−gmh | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−4294 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Lynne M. Mueller<br>Litchfield Cavo LLP<br>13400 Bishop's Lane, Ste. 290<br>Brookfield, WI 53005<br>Telephone number: 262−784−8908 | Bankruptcy Trustee (name and address):<br>John M. Scaffidi<br>4701 North Port Washington Road<br>P.O. Box 11975<br>Milwaukee, WI 53211<br>Telephone number: 414−963−9303 |

## Meeting of Creditors
The debtor(s) <u>must</u> attend this meeting.

Date: **January 8, 2014**      Time: **09:00 AM**
Location: **U.S. Courthouse, Room 428A, 517 East Wisconsin Avenue, Milwaukee, WI 53202**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 3/10/14**
**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of a bankruptcy case automatically stays certain collections and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days, or not exist at all; although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditors with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Room 126, U.S. Courthouse<br>517 East Wisconsin Avenue<br>Milwaukee WI 53202−4581<br>Telephone number: (414) 297−3291<br>VCIS number: (414) 297−3582 or Toll Free (877) 781−7277<br>Court Web Site: http://www.wieb.uscourts.gov | **For the Court:**<br>JANET L. MEDLOCK<br>Clerk, U.S. Bankruptcy Court |
|---|---|
| **Clerk's Office Hours:** 8:30 a.m. − 4:30 p.m. (Central Time) | Date: 12/5/13 |

# ADDITIONAL INFORMATION

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | No employee of the United States Bankruptcy Court may give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or to obtain property from the debtor; repossessing the debtor's property; or starting or continuing lawsuits or foreclosures; or garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days, or not exist at all; although the debtor can request the court to extend or impose the stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707 (b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting, with photo identification and proof of social security number, to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice informing you that you may file a proof of claim, and informing you of the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727 (a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive any objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the lists of the debtor's property, debts, and property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––